**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MICHAEL KEITH SCHUGG, dba SCHUBURG HOLSTEINS,<br><br>　　　　　　Debtor.<br>_____<br>In re:<br><br>DEBRA SCHUGG,<br><br>　　　　　　Debtor.<br>_____<br>MICHAEL KEITH SCHUGG,<br><br>　　　　　　Appellant,<br>vs.<br><br>G. GRANT LYON, Trustee; GILA RIVER INDIAN COMMUNITY; and WELLS FARGO BANK, N.A.,<br><br>　　　　　　Appellees.<br>_____ | No. CV-05-4158-PHX-JAT<br><br>BK No. 2-04-13326-GBN<br>BK No. 2-04-19091-GBN<br><br>CHAPTER 11<br><br>(Jointly Administered and Substantively Consolidated)<br><br><br><br><br>ORDER TO RELEASE/EXONERATE APPEAL BOND |

　　　　Based upon Appellant Michael Keith Schugg's Motion to Release/Exonerate Appeal Bond, and good cause appearing,

　　　　IT IS ORDERED that the cash bond in the amount of $10,000.00 is exonerated/released and the Clerk of the Court is directed to send the following individual a warrant/check for that amount, plus accrued interest, if any,

/ / /

1     Name of person to
    receive check/warrant:    Michael Keith Schugg

2     Address:    c/o Schian Walker, P.L.C.
    3550 North Central Avenue, Suite 1500
    Phoenix, Arizona 85012-2188

IT IS SO ORDERED.

DATED this 21st day of September, 2006.

_____
James A. Teilborg
United States District Judge

-2-